# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-7022**                                       **September Term, 2024**

1:23-cv-00345-BAH

**Filed On:** August 22, 2025

Nicole Pileggi, individually and on behalf of others similarly situated,

       Appellant

       v.

Washington Newspaper Publishing Company, LLC,

       Appellee

## O R D E R

       Upon consideration of appellant's unopposed motion for a 10-day extension of time within which to file a petition for rehearing or rehearing en banc, it is

       **ORDERED** that the motion be dismissed as moot. The deadline for filing any petition for rehearing is September 11, 2025. See D.C. Circuit Rule 40(a).

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                   BY:      /s/
                                                    Lillian Wright
                                                    Deputy Clerk