# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 24-7022**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　**1:23-cv-00345-BAH**

　　　　　　　　　　　　　　　　　　　　　　**Filed On:** September 30, 2025

Nicole Pileggi, individually and on behalf of others similarly situated,

　　　　Appellant

　　v.

Washington Newspaper Publishing Company, LLC,

　　　　Appellee

**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Randolph, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk